IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**N'ELL JONES**                                                                                              **PLAINTIFF**

**v.**                           **CASE NO. 4:18-CV-00831 BSM**

**MARY MCGOWAN,**
**ARKANSAS ADMINISTRATIVE**
**OFFICE OF THE COURTS, and**
**STATE OF ARKANSAS**                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, the claims against the State of Arkansas are dismissed with prejudice, the claims against defendants McGowan and the Arkansas Administrative Office of the Courts are dismissed without prejudice, and this case is dismissed.

IT IS SO ORDERED this 29th day of March 2019.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE